**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**BRENDALIS ROLDAN,** *on behalf of herself*
*and her minor child,*

                          **Plaintiff,**

            **-against-**

**VAN MILES, et al,**

                    **Defendants.**

------------------------------------------------------------ x

    **25-cv-10762 (ALC)**

    **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       At the request of the parties, the status conference previously scheduled for June 23, 2026, is ADJOURNED to June 30, 2026, at 2:30pm.  The parties should appear and should contact the Court at 1-855-244-8681 (access code: 2316 857 6557#) on the date and time specified above.

**SO ORDERED.**

**Dated**:   June 15, 2026
          New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**