**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                          :
**BRENDALIS ROLDAN,** *on behalf of herself*             :
*and her minor child*,                                    :
                                                          :
                            **Plaintiff,**                :          **25-cv-10762 (ALC)**
                                                          :
                    **-against-**                         :          **ORDER**
                                                          :
**VAN MILES, et al,**                                     :
                                                          :
                            **Defendants.**               :
                                                          :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants requested a pre-motion conference in anticipation of a motion to dismiss.

ECF No. 21. Plaintiff requested leave to amend the Complaint. No. 22.  Plaintiff is GRANTED

leave to amend the Complaint.  Defendants may file a motion to dismiss without request for a

pre-motion conference.

The briefing schedule is as follows:

- Second Amended Complaint:    August 12, 2026

- Motion to Dismiss:           September 9, 2026

- Plaintiff's Opposition:      October 14, 2026

- Defendants' Reply:           October 23, 2026

**SO ORDERED.**

**Dated**:    July 1, 2026
              New York, New York

                                             _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**