UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**BRENDALIS ROLDAN, *et al.*,**

**Plaintiff,**

**-against-**

**VAN MILES, *et al.*,**

**Defendants.**

---

**1:25-cv-10762 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's application for the Court to appoint pro bono counsel, ECF No. 10, is **DENIED** without prejudice. Plaintiff has requested that the Court remove the docket restriction, but has not indicated which docket entries are unnecessarily restricted. Plaintiff's Motion to Remove Docket Restriction, ECF No. 9, is therefore **DENIED** without prejudice.

Plaintiff's Motion to Amend/Correct is **DENIED** as moot. The Clerk of Court is respectfully directed to terminate ECF Nos. 9, 10, and 11.

**SO ORDERED.**

**Dated:** August 11, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**