**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BRENDALIS ROLDAN, *et al.*,**

**Plaintiff,**

**-against-**

**VAN MILES, *et al.*,**

**Defendants.**

---

**1:25-cv-10762 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 1, 2026, Plaintiff was previously granted leave to amend her complaint. *See* Dkt No. 29. On August 11, 2026, Plaintiff's pending Motion to Correct the case caption, Dkt. No. 9, was denied as moot. *See* Dkt. No. 30. Plaintiff has now represented that she did not amend her Complaint because she was confused by the Court's August 11 Order. Plaintiff will be **GRANTED LEAVE** to file a Second Amended Complaint.

Accordingly, Municipal Defendants' Motion to Dismiss is **DENIED** without prejudice. Defendants may file a motion to dismiss without request for a pre-motion conference. The briefing schedule is as follows.

- Second Amended Complaint: October 30, 2026
- Motion to Dismiss: November 20, 2026
- Plaintiff's Opposition: December 18, 2026
- Defendants' Reply: January 6, 2027

**SO ORDERED.**

**Dated:** October 9, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**